**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Juan ARELLANO–OCHOA,**
**Defendant—Appellant.**

**No. 06–30052.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2009.*

Filed July 22, 2009.

Lori Harper Suek, Esq., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Evangelo Arvanetes, Esq., FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Juan Arellano–Ochoa appeals from the 87–month sentence imposed following his jury-trial conviction for distribution of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Arellano–Ochoa contends that his sentence is unreasonable because the district court failed to adequately consider all of the sentencing factors set forth in 18 U.S.C. § 3553(a), and that his sentence is excessive in light of his mitigating circumstances. The district court did not procedurally err and Arellano–Ochoa's sentence is substantively reasonable. *See United States v. Stoterau,* 524 F.3d 988, 999–1002 (9th Cir.2008).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.